UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LYNX ENTERPRISES, INC.,<br><br>　　　　　Defendant. | No.  2:19-cv-02497-KJM-CKD<br><br>ORDER |

1　　　　　In light of the parties' notice of settlement, all dates and deadlines are **vacated**
2　with the exception of the stipulation at ECF No. 17.  This action is stayed until December 21,
3　2020.  By that date, the parties are directed to file either a stipulation of dismissal and proposed
4　order or a joint status report.
5　　　　　IT IS SO ORDERED.
6　DATED: November 2, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

1